DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

JAMES LEE KAMMERER

                Debtor

Chapter 13
Case No. 21-51346 MEH

**NOTICE OF UNCLAIMED DIVIDEND**
Claimant:
JAMES LEE KAMMERER

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $7,222.84. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

James Lee Kammerer
73 Cedar Ln
San Jose, CA 95127

Dated: August 02, 2022

/s/ Devin Derham-Burk

DEVIN DERHAM-BURK, TRUSTEE